UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Case No. CR _15 - 0122  EMC_ |
| | ) | |
| _Plaintiff,_ | ) | STIPULATED ORDER EXCLUDING TIME |
| v. | ) | UNDER THE SPEEDY TRIAL ACT |
| | ) | **FILED** |
| _Jonathan Flores Agar_ | ) | |
| _Defendant._ | ) | FEB 27 2015 |
| | ) | **RICHARD W. WIEKING**<br>CLERK U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

For the reasons stated by the parties on the record on _2-27_, 2015, the Court excludes time under the
Speedy Trial Act from _2-27_, 2015 to _3-25_, 2015 and finds that the ends of justice served
by the continuance outweigh the best interest of the public and the defendant in a speedy trial. _See_ 18 U.S.C. §
3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

_____ Failure to grant a continuance would be likely to result in a miscarriage of justice.
         _See_ 18 U.S.C. § 3161(h)(7)(B)(i).

_____ The case is so unusual or so complex, due to [_check applicable reasons_] _____ the number of
         defendants, _____ the nature of the prosecution, or _____ the existence of novel questions of fact
         or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial
         itself within the time limits established by this section. _See_ 18 U.S.C. § 3161(h)(7)(B)(ii).

_____ Failure to grant a continuance would deny the defendant reasonable time to obtain counsel,
         taking into account the exercise of due diligence. _See_ 18 U.S.C. § 3161(h)(7)(B)(iv).

_____ Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given
         counsel's other scheduled case commitments, taking into account the exercise of due diligence.
         _See_ 18 U.S.C. § 3161(h)(7)(B)(iv).

___X___ Failure to grant a continuance would unreasonably deny the defendant the reasonable time
         necessary for effective preparation, taking into account the exercise of due diligence.
         _See_ 18 U.S.C. § 3161(h)(7)(B)(iv).


**IT IS SO ORDERED.**

DATED: ___2-27-15___

_____
JOSEPH C. SPERO
United States Chief Magistrate Judge

STIPULATED: _____     _____
              Attorney for Defendant              Assistant United States Attorney