UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JONATHAN FLORES-AYAR,<br><br>    Defendant. | Case No. 15-cr-00122-EMC-1<br><br>**ORDER TO SHOW CAUSE**<br><br>Docket No. 106 |

Defendant Jonathan Flores-Ayar has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  Docket No. 106.  In his motion, Mr. Flores-Ayar contends that his conviction of conspiracy to commit Hobbs Act robbery does not qualify as a crime of violence under either the force clause or the residual clause of 18 U.S.C. § 924(c) (possession and brandishing of a firearm in furtherance of a crime of violence).  *Id.* at i-ii.

Pursuant to the Federal Rules Governing Section 2255 Proceedings, the Court has conducted a preliminary review of the motion.  *See* Fed. R. Governing § 2255 Proceedings 4 (providing that "[t]he judge who receives the motion must promptly examine it").  Based on this review, the Court cannot say that it "plainly appears from the motion . . . that the moving party is not entitled to relief."  *Id.*  Accordingly, the Court hereby orders the United States to respond to the motion per the schedule below.  *See id.* (providing that, "[i]f the motion is not dismissed, the judgment must order the United States attorney to file an answer, motion, or other response within a fixed time, or to take other action the judge may order").

1. The United States shall file a response to Mr. Flores-Ayar's motion within sixty (60) days of the date of this order.

2. If the United States files an answer, it must conform to Rule 5 of the Federal Rules

Governing § 2255 Proceedings.  If the United States files an answer, Mr. Flores-Ayar may submit a reply within ninety (90) days of the date of this order.

    3.    If the United States responds with, *e.g.*, a motion to dismiss or any other motion for relief, the parties shall meet and confer to discuss a mutually agreeable briefing schedule.

**IT IS SO ORDERED**.

Dated: June 27, 2016

_____
EDWARD M. CHEN
United States District Judge