UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>FLORES-AYAR,<br><br>        Defendant. | Case No. 15-cr-00122-EMC-1<br><br>**ORDER LIFTING STAY AND SETTING BRIEFING SCHEDULE**<br><br>Docket No. 106, 116, 245 |

After ordering the government to show cause why Defendant's sentence should not be modified, *see* Docket No. 116, the Court stayed this case pending the Supreme Court's resolution of *Sessions v. Dimaya*, Case No. 15-1498 (Apr. 17, 2018). *See* Docket Nos. 210, 245. The Supreme Court decided *Dimaya* this morning. Accordingly, the stay is hereby lifted and the following briefing and hearing schedule is adopted:

1. The United States shall file a response to Mr. Flores-Ayar's motion within 3 weeks, by May 8, 2018.

2. If the United States files a response, Mr. Flores-Ayar may submit a traverse within 3 weeks of that response, by May 29, 2018.

3. The matter is set for hearing on June 13, 2018 at 2:30 p.m. The May 16, 2018 case management conference is vacated and re-set for June 13, 2018 at 2:30 p.m.

**IT IS SO ORDERED**.

Dated: April 17, 2018

_____
EDWARD M. CHEN
United States District Judge